# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
04/08/2024
CT Log Number 546160973

## Service of Process Transmittal Summary

**TO:** Legal Sop
Lyft, Inc.
185 BERRY ST STE 400
SAN FRANCISCO, CA 94107-1725

**RE:** **Process Served in District of Columbia**

**FOR:** Lyft, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: TRECOLIA WILSON // To: Lyft, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Initial Order, Complaint, Information Sheet |
| **COURT/AGENCY:** | Superior Court of the District of Columbia, DC<br>Case # 2024CAB001746 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 12/22/2022 |
| **PROCESS SERVED ON:** | C T Corporation System, Washington, DC |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 04/08/2024 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | District of Columbia |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service of this summons on the defendant, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Kasey K. Murray<br>2001 Pennsylvania Ave NW Ste. 530<br>Washington, DC 20006<br>202-659-5500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/09/2024, Expected Purge Date: 04/14/2024<br><br>Image SOP<br><br>Email Notification, John Pellegrini jpellegrini@lyft.com<br><br>Email Notification, Christopher Youngblood cyoungblood@lyft.com<br><br>Email Notification, Eboni James ebonijames@lyft.com<br><br>Email Notification, Ty Lim tlim@lyft.com<br><br>Email Notification, Devin Armstrong devina@lyft.com<br><br>Email Notification, Legal Sop legal-sop@lyft.com<br><br>Email Notification, Zermani Kadiam zkadiam@lyft.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1015 15th Street, NW<br>Suite 1000 |

Washington, DC 20005
877-564-7529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

KOON

A LIMITED LIABILITY PARTNERSHIP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVENUE, N.W.
SUITE 450
WASHINGTON, D.C. 20006

CERTIFIED MAIL

7022 2410 0001 2812 6505

Baltimore P&DC 212

Retail

U.S. POSTAGE PAID
FCM LG ENV
HALETHORPE, MD 21227
APR 05, 2024

20005

$10.16

RDC 99

R2305K141473-11

Lyft Inc.
c/o CT Corporation System
1015 15th St. NW, Ste 1000
Washington, DC 20005

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Trecolia Wilson
Plaintiff

vs.

Case Number 2024-CAB-001746

LYFT, INC.
Defendant

## SUMMONS

To the above named Defendant: C/O CT Corporation System, 1015 15th Street, NW, Ste. 1000, Washington, DC 20005

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Kasey K. Murray
Name of Plaintiff's Attorney

2001 Pennsylvania Ave NW Ste. 530
Address
Washington, DC 20006

2026595500
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date March 21, 2024

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

________________________________________
Demandante

contra

Número de Caso: ________________________

________________________________________
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

__________________________________
Nombre del abogado del Demandante

__________________________________
Dirección

Por: __________________________________
Subsecretario

__________________________________

__________________________________
Teléfono

Fecha __________________________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**Civil - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**(202) 879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-001746

**Case Style:** Trecolia Wilson v. LYFT, INC.

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 06/21/2024 | 9:30 AM | Remote Courtroom 516 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Donald Walker Tunnage. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.
2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.
3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).
4) At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.
5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.
6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at (202) 879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción**:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing

- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
**(Click here for more information)**

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

# District of Columbia Courts

## Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**

**Remote Site - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Remote Site - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002



**Remote Site - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Remote Site - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Remote Site - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
**** No walk-ins at this location****

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station.** If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

***You should bring the following items when you come to your scheduled site location***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

***Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov

# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán **de lunes a viernes, de 8:30 am a 4:00 pm.**

**Los centros de acceso remoto son:**

**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002



**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
**No se puede entrar sin cita previa**

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

***Cuando concurra al sitio programado debe llevar los siguientes artículos***

1. **Su número de caso y todos los hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

***Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

Información de contacto para programar su **estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

eFiled
3/19/2024 7:03:05 PM
Superior Court
of the District of Columbia

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **TRECOLIA WILSON**<br>1100 First Street SE<br>Apt. 1016<br>Washington, DC 20003<br><br>v.<br><br>**LYFT, INC.**<br>**185 Berry Street, Suite 5000**<br>**San Francisco, CA 94107**<br><br>Serve: CT Corporation System<br>1015 15th St NW<br>Ste. 1000<br>Washington, DC 20005<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 2024-CAB-001746 |

## COMPLAINT

COMES NOW, Plaintiff Trecolia Wilson, by and through her undersigned counsel, hereby brings this action against Defendant Lyft, Inc. (hereinafter "Lyft") and in support thereof states as follows:

### JURISDICTION

1. Jurisdiction is founded in D.C. Code § 11-921, as the cause of action arose in the District of Columbia.

### PARTIES

2. Plaintiff Trecolia Wilson is an adult resident of the District of Columbia.

3. Defendant Lyft is upon information, knowledge, and belief, a Delaware Corporation authorized to conduct business in the District of Columbia.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006
(202) 659-5500

## FACTUAL BACKGROUND

4. On or about December 22, 2022 at approximately 12:00 am, Plaintiff ordered a Lyft vehicle using her cell phone to pick her up in the District of Columbia. She requested to be dropped off at her residence, which is also located within the District of Columbia. The estimated duration of this trip was 18 minutes.

5. A driver for Defendant Lyft identified as Najmuddin within the Plaintiff's Lyft application picked Plaintiff up at her location.

6. During the ride, Plaintiff fell asleep in the vehicle. She awoke at approximately 2:40 am and found herself in Najmuddin's vehicle in front of a hotel located in Prince George's County, Maryland.

7. The Lyft driver Najmuddin then attempted to force Plaintiff into the hotel, where he stated he had procured a room.

8. Plaintiff became fearful for her safety and life and demanded that Najmuddin return her to the vehicle and drive her home. Najmuddin relented and drove her to her residence in Washington, DC.

9. Plaintiff reported this incident to Defendant Lyft as well as the Washington Metropolitan Police Department in the early morning hours.

10. The actions of Najumuddin towards Plaintiff, including sexual abuse, harassment and assault, while acting as an employee and/or agent of Defendant Lyft, directly and proximately caused Plaintiff to suffer physical injury and mental trauma and emotional distress, which she continues to suffer.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

## PLAINTIFF'S CLAIMS AND PRAYER FOR RELIEF

### COUNT I: Sexual Abuse, Harassment and Assault

11. Plaintiff incorporates by reference all other paragraphs of the Complaint as though fully alleged herein.

12. Defendant Lyft, through its agent and/or employee Najmuddin, sexually abused Plaintiff on the above-referenced date in the form of sexual assault and sexual harassment when he took Plaintiff against her will and without her consent to a hotel in Maryland and attempted to coerce her into said hotel while she was unconscious for the purpose of sexually assaulting her.

13. The actions Defendant Lyft through the actions of its agent or employee Najmuddin, were the direct and proximate cause of the resulting physical and mental injuries for which Plaintiff is entitled compensation, including, but not limited to: past, present, and future physical and psychological pain, suffering and impairment; medical bills, counseling, and other costs and expenses for past and future medical and psychological care; and such other and further relief as this Court deems just and proper.

14. As the actions as described perpetuated by Defendant Lyft's agent and/or employee were intentional and further exhibited a reckless indifference to Plaintiff's health, safety, and well-being, and a reckless disregard for the consequences that the driver knew or should have known would result from his actions, Plaintiff further seeks punitive damages against Defendant Lyft.

### COUNT II: Negligent Infliction of Emotional Distress

15. Plaintiff incorporates by reference all other paragraphs of the Complaint as though fully alleged herein.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

16. Defendant Lyft, through its agent and/or employee Najmuddin, knew, or in the exercise of reasonable care should have known, that his actions, while driving for Defendant Lyft, to imprison Plaintiff, his passenger, and then coerce her into a hotel room, which constituted sexual abuse as detailed above, would result in serious emotional distress to Plaintiff.

17. Defendant Lyft, through its agent and/or employee Najmuddin, had entered into a contract with Plaintiff to pick her up from a designated location and to transport her to another designated location in exchange for a fee, and in doing so owed a duty to Plaintiff to drive her to designated destination, and to refrain from kidnapping or otherwise transporting the Plaintiff against her will to a different location, attempting to force her into a hotel room, sexually abusing Plaintiff, and otherwise acting in a careless or negligent manner which caused harm to the Plaintiff's well-being.

18. Defendant Lyft, through its agent or employee driver Najmuddin, negligently and carelessly breached this duty of care by engaging in the above-described actions while disregarding the likelihood that Plaintiff would suffer severe emotional distress as a direct and proximate result of these actions.

19. The actions of Defendant Lyft, through its agent or employee Najmuddin, were the direct and proximate cause of the resulting physical and mental injuries for which Plaintiff is entitled compensation, including, but not limited to: past, present, and future physical and psychological pain, suffering and impairment; medical bills, counseling, and other costs and expenses for past and future medical and psychological care; and such other and further relief as this Court deems just and proper.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

**COUNT III: Negligence**

20. Plaintiff incorporates by reference all other paragraphs of the Complaint as though fully alleged herein.

22. Defendant Lyft, through its agents and employees including Defendant Najmuddin, had entered into a contract with Plaintiff to pick her up from a designated location and to transport her to another designated location in exchange for a fee, and in doing so owed a duty to Plaintiff to drive her to designated destination and to act in a reasonable and safe manner so as to avoid injury to Plaintiff.

23. Defendant Lyft, through the conduct of its agents and employees including Najmuddin, breached this duty by failing to transport Plaintiff to her designated location while she was asleep, restraining Plaintiff in the vehicle, and attempting to coerce her into his hotel room for the purpose of sexually assaulting her, and otherwise failing to act reasonably under the circumstances.

24. The actions Defendant Lyft, by and through its agent and employee Najmuddin, were the direct and proximate cause of the resulting physical and mental injuries for which Plaintiff is entitled compensation, including, but not limited to: past, present, and future physical and psychological pain, suffering and impairment; medical bills, counseling, and other costs and expenses for past and future medical and psychological care; and such other and further relief as this Court deems just and proper.

**COUNT IV: Respondeat Superior**

25. Plaintiff incorporates by reference all other paragraphs of the Complaint as though fully alleged herein.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006
(202) 659-5500

26. Plaintiff alleges that all times relevant herein, the driver Najmuddin was acting in the course and scope of his employment and/or agency with Defendant Lyft.

27. Plaintiff further alleges Defendant Lyft is legally liable for all acts committed by its driver Najmuddin, which occurred during the "trip" that Plaintiff was taken on by Defendant Najmuddin as described herein, because these acts committed within the course and scope of his employment and/or agency with Defendant Lyft.

28. Plaintiff alleges that as a direct and proximate cause of the actions perpetrated by Defendant Lyft's employee and agent, the driver Najmuddin, she suffered physical and mental injuries for which she is entitled compensation, including, but not limited to: past, present, and future physical and psychological pain, suffering and impairment; medical bills, counseling, and other costs and expenses for past and future medical and psychological care; and such other and further relief as this Court deems just and proper.

**COUNT V: Apparent Agency**

29. Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein.

30. Plaintiff alleges that through Defendant Lyft's dissemination of information online and in the D.C. community, and through other means further investigation and discovery may reveal, Defendant Lyft represents itself as a transportation company and its drivers as employees and/or agents of a transportation company to members of the public, including Plaintiff.

31. Plaintiff further alleges that Defendant Lyft markets itself to women as a safe alternative to taxis and other modes of transportation for securing rides at tnight.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

32. Plaintiff further alleges that due to the fact that she used the Lyft application on her telephone to request a ride, and that Lyft assigned the driver Najmuddin to her, Plaintiff reasonably believed him to be an employee or agent of Lyft.

33. Plaintiff reasonably relied upon these representations by Defendant Lyft when entering the vehicle operated by Najmuddin on or about December 22, 2022.

34. As a direct and proximate result of this reliance by Plaintiff on Defendant Lyft's representations of itself, its employees and its agents, Plaintiff sustained severe and permanent personal injuries of both a physical and psychological nature that have resulted in incurred and future medical expenses, severe emotional distress, both past and future, and irreparable harm to her personal dignity.

35. Plaintiff seeks fair and just compensation for the damages outlined above against Defendant Lyft for the negligent and intentional conduct of its apparent agent, Najmuddin, and all other relief that the Court deems just and proper, and to which she may be entitled by law.

**WHEREFORE**, Plaintiff prays that this Court enter judgment against Defendant Lyft for an amount of no less than $5,000,000.00, for compensatory damages, together with the costs of this lawsuit, legal interest, and such other relief as the Court may deem just and proper under the circumstances.

WHEREFORE, Plaintiff prays that this Court enter judgment against Defendant Defendant Lyft for an amount of no less than $5,000,000.00, for punitive damages, together with the costs of this lawsuit, legal interest, and such other relief as the Court may deem just and proper under the circumstances.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

Respectfully submitted,

KOONZ MCKENNEY JOHNSON
& DEPAOLIS LLP

By: /s/Kasey K. Murray
Kasey K. Murray, Esq. #1016186
Andrew Larson, Esq. #1035439
2001 Pennsylvania Ave., N.W.
Suite 530
Washington, D.C. 20006
(202) 659-5500
alarson@koonz.com
*Counsel for Plaintiff*

## JURY TRIAL DEMAND

In accordance with Super. Ct. Civ. R. 38(b), Plaintiffs demand a trial by jury on all of their claims in this action.

/s/ Kasey K. Murray
Kasey K. Murray, Esq.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006
(202) 659-5500

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Trecolia Wilson

vs

LYFT, INC.

Case Number: 2024-CAB-001746

Date: March 19, 2024

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| *Name: (please print)* Kasey K. Murray | Relationship to Lawsuit<br>☑ Attorney for Plaintiff<br>☐ Self (Pro Se)<br>Other: ________ |
| Firm Name: Koonz McKenney Johnson & DePaolis LLP | |
| Telephone No.: 219-393-8607 — Six digit Unified Bar No.: 1016186 | |

TYPE OF CASE: ☐ Non-Jury ☑ 6 Person Jury ☐ 12 Person Jury

Demand: $ 5,000,000.00 Other: ________

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: ________ Judge: ________ Calendar #: ________

Case No.: ________ Judge: ________ Calendar #: ________

NATURE OF SUIT: *(Check One Box Only)*

A. CONTRACTS

- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 ________
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

COLLECTION CASES

- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000 Pltf. Grants Consent

B. PROPERTY TORTS

- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 27-102(a)
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Traffic Adjudication

C. PERSONAL TORTS

- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☑ 04 Automobile-Personal Injury
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical (Including wrongful death)
- ☐ 16 Negligence-(Not Automobile, Not Malpractice)
- ☐ 17 Personal Injury – (Not Automobile, Not Malpractice)
- ☐ 18 Wrongful Death (Not malpractice)
- ☐ 19 Wrongful Eviction
- ☐ 20 Friendly Suit
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts
- ☐ 23 Tobacco
- ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

# INFORMATION SHEET, Continued

| | | |
|---|---|---|
| D. OTHERS<br>I.<br>☐ 01 Accounting<br>☐ 02 Att. Before Judgment<br>☐ 04 Condemnation (Emin. Domain)<br>☐ 05 Ejectment<br>☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent<br>☐ 08 Quiet Title<br>☐ 09 Special Writ/Warrants DC Code § 11-941 | ☐ 10 T.R.O./Injunction<br>☐ 11 Writ of Replevin<br>☐ 12 Enforce Mechanics Lien<br>☐ 16 Declaratory Judgment<br>☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)<br>☐ 18 Product Liability<br>☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (D.C. Code § 16-4315) | ☐ 25 Liens: Tax/Water Consent Granted<br>☐ 26 Insurance/Subrogation Under $25,000 Consent Denied<br>☐ 27 Insurance/Subrogation Over $25,000<br>☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)<br>☐ 26 Merit Personnel Act (OHR)<br>☐ 30 Liens: Tax/Water Consent Denied |
| II.<br>☐ 03 Change of Name<br>☐ 06 Foreign Judgment<br>☐ 13 Correction of Birth Certificate<br>☐ 14 Correction of Marriage Certificate | ☐ 15 Libel of Information<br>☐ 19 Enter Administrative Order as Judgment [D.C. Code § 2-1802.03(h) or 32-1519(a)]<br>☐ 20 Master Meter (D.C. Code § 42-3301, et seq.) | ☐ 21 Petition for Subpoena [Rule 28-I (b)]<br>☐ 22 Release Mechanics Lien<br>☐ 23 Rule 27 (a)(1) (Perpetuate Testimony) |

For individuals not represented by an attorney: ( ) I acknowledge receipt of the Civil Actions Pro Se Handbook.

/s/ Kasey K. Murray

Signature

March 19, 2024

Date